to the Bar. From the State of Kansas.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of ROBERT S. KING, an Attorney.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of RALPH R. LOUNSBURY for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Petition of KATE PALMER to Render and Settle Her Account as Administratrix, etc., of SARAH J. FIELD.— Motion denied, without costs. The appellant's application should be made in the Surrogate's Court. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of ROBERT PHILLIPS for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of FRANK MELVILLE WILCOX for Admission to the Bar. (From the State of Rhode Island.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of PIKE POWERS WALDROP for Admission to the Bar. (From the State of Alabama.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of Proceedings Supplementary to Execution. THE VOGUE COMPANY, Respondent, v. EMILE FORQUIGNON, INC., Appellant.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of LAWRENCE F. SHERMAN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ALOISIA NEBELING, Appellant, v. WILLIAM MOLITOR and DOROTHY MOLITOR, Respondents.— Motion granted upon the filing of an additional bond in the sum of $2,000, with the same conditions as the bond already filed, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

FREMONT PAYNE, Respondent, v. LAW REPORTING COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

PONEMONE BROTHERS, INC., Respondent, v. JAMES A. KELLY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. GREGG, Respondent, v. THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Appellant.— Motion denied, without costs, on condition that appellant perfect the appeal and be ready for argument on April 16, 1920. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, Respondent, v. THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Appellant.— Motion denied, without costs, on condition that appellant perfect